UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROMARK BUCKMAN,

    Plaintiff,

v.                                                              Case No. 3:13-cv-1243-J-20JRK

CENTURION AUTO TRANSPORT, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before this Court on a Mediation Report (Dkt. 20) that indicates this matter has been completely resolved, and Plaintiff's "Stipulation for Dismissal with Prejudice" (Dkt. 21).

Accordingly it is **ORDERED**:

1. This Court's Order to Show Cause (Dkt. 19) is **DISCHARGED**;

2. Plaintiff's "Stipulation for Dismissal with Prejudice" (Dkt. 21) is **GRANTED**;

3. Pursuant to Rule 41, Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice** and with each party to bear his or its own costs and attorney's fees; and

4. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of November, 2014.

                                        HARVEY E. SCHLESINGER
                                        UNITED STATES DISTRICT JUDGE

Copies to:
J. Eric Jones, Esq.
Eric James Holshouser, Esq.